**John C. WOODWARD, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

Supreme Court of Delaware.

Submitted June 3, 1980.

Decided June 11, 1980.

John C. Woodward, pro se.

Francis A. Reardon, Deputy Atty. Gen., Wilmington, for plaintiff-appellee.

Before DUFFY, McNEILLY and QUILLEN, JJ.

**PER CURIAM:**

The facts of this case and pertinent statutory references are set forth at some length in the reported opinion of the Superior Court and reference should be made thereto. *Woodward v. Department of Corrections*, Del.Super., 415 A.2d 782 (1980). We agree with the Superior Court's conclusion that the mandatory minimum sentencing provision of the robbery in the first degree statute, 11 *Del.C.* § 832(c), "does expressly limit the availability of 'parole' and thereby expressly limits the operation of 11 *Del.C.* 4346(a)" insofar as merit and good time behavior credits for parole eligibility are concerned.

Affirmed.